# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155864(56)

PAUL J. SMOKE,
      Plaintiff-Appellee,

v

CHARTER TOWNSHIP OF RAISIN and
CHARTER TOWNSHIP OF RAISIN BOARD
OF TRUSTEES,
      Defendants-Appellants.

SC: 155864
COA: 332434
Lenawee CC: 14-005044-CZ

_____/

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before August 2, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2017



Clerk